UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUSAN A. MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:07-CV-01247-JCH |
| ) | |
| FEDEX NATIONAL LTL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, William E. Grob, move to be admitted pro hac vice to the bar of this court for the purpose of representing FedEx National, Inc. in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E).

(a) William E. Grob, Esq.;

(b) 101 East Kennedy Blvd., Suite 900, Tampa, Florida 33602;

(c) Ford & Harrison LLP;

(d) Georgia State University College of Law – 2000;

(e) Florida Bar No. 0463124; Georgia Bar No. 312902;

(f) The movant is a member of good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; and

1

*Rec 52007-*

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

        Respectfully submitted,

        FORD & HARRISON LLP

By: _____
        William E. Grob
        Florida Bar No. 0463124

        For the Firm

        101 E. Kennedy Boulevard
        Suite 900
        Tampa, Florida 33602
        Telephone: (813) 261-7800
        Facsimile: (813) 261-7899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Facsimile and U. S. mail this 31stday of August, 2007, to the following:

>Mary Ann Sedey
>Robert G. Johnson
>Sedey Harper, P.C.
>2711 Clifton Avenue
>St. Louis, MO  63139

_____
Attorney

TAMPA:233434.1

3

LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

101 East Kennedy Boulevard, Suite 900, Tampa, Florida 33602-5133
Tel (813) 261-7800   Fax (813) 261-7899
www.fordharrison.com

RECEIVED BY MAIL
SEP 1 0 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

WILLIAM E. GROB
(813) 261-7848
wgrob@fordharrison.com

September 5, 2007

Clerk
United States District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. 10th Street, Suite 3300
St. Louis, MO 63102

Re: Susan A. Murphy v. FedEx National LTL, Inc.

Dear Clerk:

Enclosed for filing is William E. Grob's Verified Motion for Admission Pro Hace, along with the appropriate check in the amount of $100.00. Also enclosed is a copy of the first page of the Motion which we would appreciate you date-stamping and returning in the stamped, self-addressed envelope.

Please feel free to contact me with any questions.

Very truly yours,

Mary Jo Key
Legal Assistant to William E. Grob
FORD & HARRISON LLP

:mjk
enclosures
TAMPA:233526.1

Rec 52007-010206

ATLANTA • BIRMINGHAM • CHICAGO • DALLAS • DENVER • JACKSONVILLE • LOS ANGELES • MEMPHIS
MEMPHIS • MIAMI • MINNEAPOLIS • NEW YORK • ORLANDO • PHOENIX • SPARTANBURG • TAMPA • WASHINGTON, D.C.