UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUSAN A. MURPHY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV01247 JCH |
| ) | |
| FEDEX NATIONAL LTL, INC., ) | |
| ) | |
| Defendant(s). ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered on May 11, 2009 (Doc. No. 98) and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Defendant on Plaintiff's ERISA claim.

Dated this 20th day of July, 2009.


/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE